UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

RANCE LEON COX                                                                                         PLAINTIFF

v.                                                                              CIVIL ACTION NO. 5:15CV-P111-TBR

FULTON COUNTY DETENTION CENTER STAFF *et al.*                                  DEFENDANTS

### MEMORANDUM OPINION

On initial review of Plaintiff Rance Leon Cox's *pro se* complaint pursuant to 28 U.S.C. § 1915A, the Court dismissed all claims but provided Plaintiff with 30 days within which to amend the complaint (DN 13).  The copy of the Memorandum Opinion and Order sent to Plaintiff was returned to the Court by the United States Postal Service marked "Return to Sender" and "Unable to Forward" (DN 14).  Thereafter, Plaintiff filed a letter advising of an address change (DN 15).  Consequently, by Order (DN 16) entered December 13, 2016, the Court directed the Clerk of Court to send Plaintiff a copy of its prior Memorandum Opinion and Order and granted Plaintiff 30 additional days within which to file an amended complaint.  The Court warned Plaintiff that his failure to file an amended complaint within 30 days would result in dismissal of the entire action with prejudice for the reasons stated in the Court's prior Memorandum Opinion and Order.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint.  Therefore, the action will be dismissed by separate Order for failure to state a claim upon which relief may be granted and for failure to meet the pleading requirements of Federal Rule of Civil Procedure 8(a).

Date:

cc: Plaintiff, *pro se*
    Defendants
    Fulton County Attorney
4413.005